UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GREGORY C. WASHINGTON | CIVIL ACTION |
| VERSUS | NUMBER: 17-8734 |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | SECTION: "H"(5) |

## ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Defendant's motion for summary judgment is denied, that Plaintiff's motion for summary judgment is granted in part, and that this case is remanded to the Commissioner for further proceedings consistent with the Court's opinion.

New Orleans, Louisiana, this 13th day of February, 2019.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**