UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GREGORY C. WASHINGTON | CIVIL ACTION |
| VERSUS | NUMBER: 17-8734 |
| ANDREW SAUL, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | SECTION: "H"(5) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's petition for attorney's fees is granted and that the requested fee of $35,843.15 is approved.

New Orleans, Louisiana, this 3rd day of August, 2021.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE